Cyrus N. PLUSH, Plaintiff—Appellant,

v.

LEWIS COUNTY; et al., Defendants—Appellees.

No. 03–35262.

D.C. No. CV–02–05279–FDB.

United States Court of Appeals, Ninth Circuit.

---

* The Honorable Jane A. Restani, United States Court of International Trade, sitting by designation.

Submitted Aug. 11, 2003.*

Decided Aug. 21, 2003.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

MEMORANDUM**

Cyrus N. Plush, a Washington state prisoner, appeals pro se from the district court's judgment dismissing for failure to exhaust administrative remedies his 42 U.S.C. § 1983 action alleging prison officials showed deliberate indifference by failing to provide him adequate nutrition. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a district court's determination that a prisoner failed to exhaust administrative remedies, *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir. 2003), and we affirm.

The district court properly dismissed the action because Plush failed to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a). *See Booth v. Churner,* 532 U.S. 731, 741, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001).

The remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.